# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2021

161995 (68)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

BRENDA BRADLEY,
   Plaintiff-Appellant,

v

BETH STRIEGLE and DAVID V. SWANSON,
   Defendants-Appellees,

and

SHIRL S. SWANSON,
    Defendant,

and

JOSLIN MONAHAN,
    Appellee.

SC: 161995
COA: 353627
Kent CC: 20-001193-CH

_____/

  On order of the Court, the motion for reconsideration of this Court's March 17, 2021 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).





  I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2021

Clerk

b0524